# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| TY INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.  1:25-cv-3801 |
| v. | ) | |
| | ) | |
| TY BEANIES PTY LIMITED, | ) | |
| TY NORDIC OÜ, and | ) | |
| SUNE GROUP PTY LTD. | ) | |
| Defendant. | ) | |

## LR 3.2 NOTIFICATION OF AFFILIATES

Pursuant to Local Rule 3.2 of the Rules of the United States District Court for the

Northern District of Illinois, Plaintiff Ty Inc. hereby states that it has one affiliate, Mr. Ty

Warner.


Dated: April 8, 2025                    Respectfully submitted,

                                        HUSCH BLACKWELL, LLP

                                        By: */s/ J. Aron Carnahan*
                                        J. Aron Carnahan
                                        120 South Riverside Plaza, Suite 2200
                                        Chicago, IL  60606
                                        Telephone: 312.526.1612
                                        Facsimile: 312.655.1501
                                        aron.carnahan@huschblackwell.com

                                        *Attorneys for Plaintiff Ty Inc.*