UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| TY INC., | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | Case No. 25-3801 |
| v. | ) | |
| | ) | |
| TY BEANIES PTY LIMITED, | ) | Honorable John Robert Blakey |
| TY NORDIC OÜ, AND | ) | |
| SUNE GROUP PTY LTD. | ) | |
| | ) | |
| *Defendants*. | ) | |

NOTICE OF MOTION FOR SERVICE OF
ORIGINAL PROCESS BY ALTERNATE MEANS

TO: TY BEANIES PTY LIMITED; TY NORDIC OÜ; SUNE GROUP PTY LTD; THEIR PRINCIPALS, AND THEIR COUNSEL

PLEASE TAKE NOTICE that on April 23, 2025, at 11:00 am., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge John Robert Blakey or any judge sitting in his stead, in Room 1203, at 219 Dearborn Street, Chicago, Illinois, and then and there present **PLAINTIFF'S MOTION FOR SERVICE OF ORIGINAL PROCESS BY ALTERNATE MEANS**, a copy of which, along with supporting declarations, and exhibits, are hereby served upon you.

| | |
|---|---|
| April 18, 2025 | Respectfully submitted, |
| | HUSCH BLACKWELL, LLP |
| | By: */s/ J. Aron Carnahan* <br> J. Aron Carnahan <br> 120 South Riverside Plaza, Suite 2200 <br> Chicago, IL  60606 <br> Telephone: 312.526.1612 <br> Facsimile: 312.655.1501 <br> aron.carnahan@huschblackwell.com |
| | *Attorneys for Plaintiff Ty Inc* |

.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of this **Notice of Motion**, along with **Plaintiff's Motion for Service of Original Process by Alternate Means and Memorandum in Support Thereof** and the **Declaration of Chris A. Johnson and Exhibits A-D thereto** are being served via email on April 18, 2025 on the following defendants at the following email addresses:

**Ty Beanies Pty Limited and Ty Nordic OÜ**

tom@nordic.com, tom@beanies.com.au, tom@tomson.ee, and kaspar@lauspartners.com

And via overnight courier:

| | |
|---|---|
| Ty Beanies Pty Limited & <br> Ty Nordic OÜ <br> Pirita tee 26f-74 <br> 12011 Tallinn, Estonia | Kaspar Coppel <br> Laus & Partnerid <br> Narva Mnt 7B <br> Tallinn, 10117 Estonia |

**Sune Group Pty Ltd**

tom@nordic.com, tom@beanies.com.au, tom@tomson.ee, and info@sune.au.

/s/ J. Aron Carnahan
J. Aron Carnahan