UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| TY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 25-cv-3801 |
| | ) | |
| v. | ) | Hon. John Robert Blakey |
| | ) | |
| TY BEANIES PTY LIMITED, | ) | |
| TY NORDIC OÜ, | ) | |
| SUNE GROUP PTY LTD., and | ) | |
| TOOMAS NESON | ) | |
| | ) | JURY DEMANDED |
| Defendants. | ) | |

**JOINT MOTION FOR LEAVE TO FILE OVERLONG BRIEFING IN CONNECTION WITH DEFENDANTS' FORTHCOMING OMNIBUS MOTION TO DISMISS THE AMENDED COMPLAINT IN EXCESS OF FIFTEEN PAGES AND EXTENSION OF THE PARTIES' DEADLINE TO EXCHANGE INITIAL DISCLOSURES**

Plaintiff Ty Inc. ("Plaintiff") and Defendants Australian Toy Brands Pty Ltd (formerly known as Ty Beanies Pty Limited ("LTD")), Toys Nordic Trade OÜ (formerly known as Ty Nordic OÜ ("Nordic")), Sune Group PTY LTD ("Sune"), and Toomas Neson ("Mr. Neson") (collectively "Defendants"), by and through the undersigned counsel, respectfully move this Court for leave for the parties to file overlong briefing in connection with Defendants' forthcoming Omnibus Motion to Dismiss the Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6) (the "Motion to Dismiss") in excess of the fifteen page limit set forth in Local Rule 7.1. Plaintiff and Defendants (collectively "the Parties") further respectfully move this Court to extend the deadline for the Parties to exchange initial disclosures. In support of the present motion, the Parties state as follows:

1. On April 8, 2025, Plaintiff filed a Complaint in the U.S. District Court for the Northern District of Illinois.

1

2. The Parties filed a Joint Initial Status Report, in which Plaintiff advised the Court that it intended to file an Amended Complaint.

3. The Court set the initial case management dates as follows:

   a. *Deadline for filing First Amended Complaint:* June 13, 2025.

   b. *Deadline for filing Response to First Amended Complaint:* August 13, 2025.

   c. *Deadline for Rule 26(a)(1) Disclosures*: August 14, 2025.

   d. *Deadline for Issuing Written Discovery*: August 29, 2025.

   e. *Deadline for Completion of Fact Discovery*: May 11, 2026.

   f. *Deadline for Formal Written Demand:* May 13, 2026.

   g. *Deadline for Response to Formal Written Demand:* May 18, 2026.

   h. *Deadline for Updated Status Report:* May 20, 2026.

4. Plaintiff filed the Amended Complaint on June 13, 2025. Defendants' responses to the Amended Complaint are due on August 13, 2025. Plaintiff's response to the forthcoming Motion to Dismiss is due on September 10, 2025. Defendants' reply in support of their Motion to Dismiss is due on September 24, 2025.

5. Defendants intend to file a single omnibus Motion to Dismiss on behalf of all four Defendants, with each Defendant seeking to dismiss the Complaint in full or in part. The Motion to Dismiss will address arguments presented under both Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6).

6. Pursuant to Local Rule 7.1, a motion or brief in support of shall not exceed fifteen (15) pages without prior approval of the Court.

7. Defendants have made efforts to constrain the Motion to Dismiss to fifteen (15) pages but are unable to adequately address the bases of the Motion for all four Defendants within the required length.

8. The Parties agree that a reciprocal extension of the page limits is appropriate under these circumstances.

9. An additional fifteen (15) pages, for a total of thirty (30) pages for Defendants' opening brief and Plaintiff's response thereto will allow the Parties to comprehensively address the bases of Defendants' Motion to Dismiss.

10. The Parties further jointly request that the deadline for the Parties to exchange initial disclosures be moved from August 13, 2025 to fourteen (14) days after Defendants file their answers and any counterclaims to the Amended Complaint, which will come due following the Court's resolution of the Motion to Dismiss.

11. This is the Parties' first request to extend the deadline to exchange initial disclosures. The extension will allow for greater efficiency in the discovery proceedings, as it will allow the Parties to tailor their discovery needs to address the remaining claims and any counterclaims that may be raised cohesively.

WHEREFORE, for the foregoing reasons, the Parties respectfully request that this Court grant Defendants leave to file their Omnibus Motion to Dismiss the Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6) in excess of fifteen (15) pages, and the Parties an extension to exchange their initial disclosures.

Dated: August 7, 2025                                                                                  Respectfully submitted,

TY BEANIES PTY LIMITED, TY NORDIC OÜ, SUNE GROUP PTY LTD., and TOOMAS NESON

By:    *s/ Nicole C. Mueller*
        One of Their Attorneys

Joseph C. Wylie II
Nicole C. Mueller
Molly G. Baldock
**K&L Gates LLP**
70 West Madison Street
Suite 3300
Chicago, Illinois 60602
(312) 807-4341
joseph.wylie@klgates.com
nicole.mueller@klgates.com
molly.baldock@klgates.com

*Counsel for Defendants*

TY INC.

By:    *s/ J. Aron Carnahan*
        One of Their Attorneys

J. Aron Carnahan
Laurie A. Haynie
HUSCH BLACKWELL, LLP
120 South Riverside Plaza
Suite 2200
Chicago, IL 60606
Telephone: 312.526.1612
Facsimile: 312.655.1501
aron.carnahan@huschblackwell.com
laurie.haynie@huschblackwell.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on August 7, 2025, she caused to be electronically filed the foregoing document with the Clerk of the Court using the court's Case Management/Electronic Case Files (CM/ECF) system, which will send notification of such filing to the following counsel of record:

> J. Aron Carnahan
> Laurie Ann Haynie
> HUSCH BLACKWELL
> 120 South Riverside Plaza
> Suite 2200
> Chicago, Illinois 60606
> (847) 477-2266
> aron.carnahan@huschblackwell.com
> laurie.haynie@huschblackwell.com

*s/ Nicole C. Mueller*
Nicole C. Mueller